UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 16-487 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JESSE LEE ALLEN, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:    Production of Child Pornography; Possession of Child Pornography

<u>Date of Detention Hearing</u>:    November 21, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with an offense involving a victim under the age of

DETENTION ORDER
PAGE -1

18 under 18 U.S.C. §§ 2251(a) and (e), and 2252 (b)(2). There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. There is indication that defendant has suffered suicidal ideation, both related to previous psychological stressors and in the wake of the instant charges. At the time of arrest, he was initially uncooperative with police, and after release from state custody is alleged to have taken actions indicative of an effort to destroy or secrete evidence. A post by defendant on his Instagram account could be read as an attempt to minimize the seriousness of the offense. There is some allegation that defendant has attempted to make contact with the victim's mother through a proxy to convince her to reconcile and drop the charges, although defendant denies any involvement in this effort.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>21st</u> day of November, 2016.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3