UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE LEE ALLEN,

    Defendant.

CR16-313-TSZ

ORDER

Defense counsel's motion to withdraw and substitute counsel, docket no. 29, is GRANTED.

IT IS HEREBY ORDERED that Dennis Carroll, Kyana Givens, and Paula Deutsch are permitted to withdraw and attorneys Keith R. Hall and Bradley G. Barshis are substituted as counsel of record effective this date.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 17th day of August, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1