# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE LEE ALLEN,

    Defendant.

CR16-313-TSZ

ORDER

THIS MATTER having come before the Court on the stipulated motion for a continuance of the trial date and the pretrial motions due date, docket no. 32, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, the arguments of counsel at the hearing on September 7, 2017, and the records and files herein, the Court enters the following order:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER - 1

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, the stipulated motion to continue trial date and pretrial motions, docket no. 32, is GRANTED. The trial date shall be continued from October 2, 2017, to January 16, 2018. Pretrial motions are to be filed no later than November 15, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 7th day of September, 2017.

Thomas S. Zilly
United States District Judge