The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE LEE ALLEN,<br><br>Defendant. | NO. CR16-313 TSZ<br><br>[PROPOSED] ORDER SEALING EXHIBIT 1 OF GOVERNMENT'S SENTENCING MEMORANDUM |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that Exhibit 1 of the Government's Sentencing Memorandum shall be sealed and shall remain sealed.

DATED this 31st day of July, 2018.

THOMAS S. ZILLY
United States District Judge

Presented by:

/s/ Cecelia Y. Gregson
CECELIA Y. GREGSON
Special Assistant United States Attorney

ORDER TO SEAL - 1
U.S. v. Jesse Lee Allen, CR16-313 TSZ