UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| THE UNITED STATES OF AMERICA, | No. CR16-313 TSZ |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| JESSE LEE ALLEN, | |
| Defendant. | |

Having read the Defendant's Sentencing Memorandum in the above-captioned case, which was filed under seal, and the Defendant's Motion to Seal requesting that the Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Defendant's Sentencing Memorandum in this matter shall remain sealed.

DATED this 31 day of July, 2018.

_____
United States District Judge

ORDER SEALING DEFENDANT'S SENTENCING
MEMORANDUM

1

KEITH R. HALL
NEWTON & HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800