The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE LEE ALLEN,<br><br>Defendant. | NO. CR16-313 TSZ<br><br>[~~PROPOSED~~] ORDER SEALING GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the government's Supplemental Sentencing Memorandum shall be sealed and shall remain sealed to protect the identity of the victim in this case.

DATED this 2nd day of Aug, 2018.

THOMAS S. ZILLY
United States District Judge

Presented by:

/s/ Cecelia Y. Gregson
CECELIA Y. GREGSON
Special Assistant United States Attorney

ORDER TO SEAL - 1
U.S. v. Jesse Lee Allen, CR16-313 TSZ