1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT FOR THE
8              WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
9
10   UNITED STATES OF AMERICA,              No. CR16-313-TSZ
11                   Plaintiff,
12          v.                              **FINAL ORDER OF FORFEITURE**
13
14   JESSE LEE ALLEN,
15                   Defendant.
16
17
18

19          THIS MATTER comes before the Court on the United States' Motion for Entry of

20   a Final Order of Forfeiture ("Motion") for the following property:

21          1.  One Samsung Galaxy cell phone, bearing Serial No. RV8H818CLBZ; and,

22          2.  Any and all images of child pornography, in whatever form and however

23              stored.

24          The Court, having reviewed the United States' Motion, as well as the other papers

25   and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is

26   appropriate because:

27

28

Final Order of Forfeiture - 1
*U.S. v. Jesse Lee Allen*, CR16-313-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On June 4, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 61);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 63); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. This property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of this property as permitted by governing law.

IT IS SO ORDERED.

DATED this 4th day of September, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

*/s Michelle Jensen*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 2
*U.S. v. Jesse Lee Allen*, CR16-313-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970